IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

MARY BETH CARDER,

      Plaintiff,

 v.

TRANS UNION, LLC,

      Defendant.

Case No. 1:22-cv-00149 (Kleeh, C.J.)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mary Beth Carder and Defendant Trans Union, LLC, by and through undersigned counsel, hereby stipulate to the dismissal of Ms. Carder's individual claims with prejudice and the dismissal of her putative class claims without prejudice. Each party shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement.

Dated: December 8, 2023

| | |
|---|---|
| **MOUNTAIN STATE JUSTICE, INC** | **STEPTOE & JOHNSON PLLC** |
| By: */s/ Michael C. Nissim-Sabat* <br> Michael C. Nissim-Sabat <br> WV State Bar No. 12233 <br> Bren J. Pomponio <br> WV State Bar No. 7774 <br> 1217 Quarrier Street <br> Charleston, WV 25301 <br> (304) 344-3144 <br> michael@msjlaw.org <br> bren@msjlaw.org <br> *Counsel for Plaintiff Mary Beth Carder* | By: */s/ Russell D. Jessee* <br> Russell D. Jessee (WV Bar #10020) <br> P.O. Box 1588 <br> Charleston, WV 25326 <br> (304) 353-8103 <br> russell.jessee@steptoe-johnson.com <br> *Counsel for Defendant Trans Union, LLC* |

**SO ORDERED:**

_____
Hon. Thomas S. Kleeh, Chief District Judge